This case is here on motion to reject an amnesty, and I would like to position that this report erroneously rejected in this case, because there are these violations of facts, and I accept that. And mostly because of the balancing factors that include the fact that Kelly Sanfle offered a nondisciplinary reason citing specific issue to diminish the amnesty that is granted by the US Department of Justice and its role in this important issue of receiving an amnesty from the New Jersey law enforcement agency. The other reason, Justice Committee staff didn't justice to the bill. That's correct. And I should say it was not a legitimate reason. There are first stage arguments in the case. And this is a manipulated reason that was specifically dictated by the colleague who was the director of the RCT department. And the first thing that comes into the fact is when you look at what the study was doing. The study was conducting since 2008. It was started in August of 2006. In November of 2008, you now, it was announced to all of the department heads including all of them saying this is the result of the study that extends to all recommendations for child change. In a similar way, the study never produced any evidence. So, we don't know if it was an amnesty. The first assessment, the first list we have from the supposed study changes comes in March of 2009. And when you look at March 2009, you'll notice there's this form of evidence all the way over there. I don't even know if that's the case anymore. But in March 2009, there were two names from the study that came out of that list. Those two names being Mr. Hoffman and Ms. Hancock. Ms. Hancock later on thought of the teacher as being as well as a teacher. She goes into a continual growth and is promoted. She's no longer in this job classification. So, we don't talk about her anymore. She's grown as a teacher. So, in March of 2009, there's no explanation provided. Now, there's no documentation provided. There's no explanation provided. When all of a sudden, in August of 2009, five months later, all of a sudden this crazy moment. Now, we did most of these analysis categories that were pulled on after the original briefing. We had a real briefing. We consulted our assistants on study change and change documents. And the documents later show, and the documents we received afterward show that Mr. Harwell's faculty who's based upon his HR focuses, okay, that's why we're using his HR focuses, justified title change. He was following the analysis, and this came to questions, question bindings, is HR doesn't decide if they're going to transfer Mr. Harwell to HR because of his HR focuses. Well, we're not going to do that. Mr. Harwell is served by his HR focuses. So, you can see, this is like the bottom line. So, the next question comes with Ms. Hancock, and there's no writing documentation. There's no explanation at all for title change. It's just like the materials that are out there, the ones used to title change, everyone's used to it. But the ones who didn't stay, and they were the ones who got to stay, and they were the ones who had less sorority than Mr. Schwartz, and had their titles not been changed, they were the ones let off. This is a due process, a property process, each one has its position, and the transfer requirements to let off is Well, there's Ms. Hancock, Mr. Harwell, and Ms. Schmitz. Now, another circumstance that has to be started is after the law was passed, Ms. Hancock changed the title of Ms. Harwell, and those emails were filed on her account, and what's very interesting is there's a very long Mr. Harwell, he went out of state, he tried to get her to change her title, which he didn't. The very next day, there is an email coming from Steve Morales, who is Ms. Harwell's right hand, getting in on those Ms. Harwell and Mr. Harwell texts. What's Mr. Harwell doing? He's trying to get her to change her title. The online was Ms. Harwell, and Ms. Harwell specifically testified that she told them to stop it. I don't want the title changed, I know I'm going to be laid off if I don't change it, but I don't want Ms. Harwell to change her title. They offered to change her title, but they didn't, and they tried to get the emails that I was talking about, and what's really interesting is that her telephone is not online, it's only on the internet. I'm not even going to go see the email. Ms. Powell, Ms. Smith, Ms. Hoffman, Ms. Ann Hoppen, they're not speaking to me, I'm not speaking to Ms. Hoffman. Ms. Harwell. So, what's Ms. Harwell doing? Well, Ms. Harwell is supposed to be calling the telephone, but it wasn't that serious that she got the phone, because she's no longer, she was promoted, she wasn't in that job position anymore. She applied for a job and received a promotion, but she's no longer in that job classification position. She was promoted out of job classification. Ms. Harwell, who was the only one with more seniority than Ms. Schwartz, was, exited job classification change. Ms. Hoffman exited job classification change. Ms. Smith exited her job classification change. And Ms. Powell, they offered to change her job classification, but they tried, and they were trying to get her job classification changed, but she stopped them. She specifically told Mr. Hoffman to stop, I don't want to try to change my job, because it costs me my job, and I don't want it. So, they were literally sitting together in the recital, or attempting to change their recital, and attempting to change their recital, both Ms. Schwartz and Ms. Harwell. Another reason why this is a court, this is a non-franciscan justice case, is when you try to answer a case like this, one of the questions is, if you were first, you can't always have joint success. These employers co-operate, and this gives them a second chance, because not only do you have this post-criminal risk to see, that money can affect your life, to friends, but they also have an expectancy to manipulate the system to add this child after the final result has come out. And on top of that, you have Justice Schwartz and Ms. Harwell killing part-timers. With all these, she talked about when she found out about the climate change, and her deposition stories, and this is all I had found out about before. And then it started with a memo in November, well, yeah, I guess I did get it in November, and then I guess I didn't get the opportunity after. Well, then I just lost. So I tried to go to my house and I said, So should we send somebody? And Richard was like, No, no, no, no, no. No. The deputy, Tim Seepoh is to beat him. That's why he was textin' Ryder on Facebook. Yeah, but here's the thing, though. You see, I have gone to the city council board of honor, and she did not explain it, and I heard about this vacancy being transferred, and, well, she was questioning, and she said, Oh, yeah, but why didn't you input? And then, in front of her, she didn't input. She said, Oh, well, I only did what it asked me to talk, because they were going to classify me the wrong way, as they did before. And she sent me emails at the time. Well, they asked me if we were going to make this house. They said, Yes, we're going to make this house. It's going to be transferred. It's going to be given to the public. I said, Yes, I am. But I didn't ask her, because I've been deposed in this house already. And she didn't even talk in this house, or even text to change this house. And she said, I didn't deny that anybody in her department ever talked to me. So, she didn't perjure it out, because she was tracing this house. I didn't change it. And the other thing that's interesting is when I asked her about what she found out about these income plus losses, she said that she didn't know that there was any issue with the loss of February 2010. However, to the record, if you look at the time of the house, which is in September of 2009, the community is already talking about the manipulation of the job classifications. Specifically, they were looking at Mr. Hoffman's manipulation of job classifications through that strike. And the HR staff did not return to them for many, many hours. And they were questioning, in September of 2009, if the exchange for Mr. Hoffman was being done to benefit in the future when the layoffs weren't coming, because everybody knew they weren't coming, and the strike was on the wall. So, the question for why Ms. Hoffman would lie about what she knew or when she started talking about layoffs, there's no reason for that lie, other than she doesn't want to admit she had been a part of it. And she kind of keeps herself from this manipulation. And it's not just manipulation. She has to recognize that she was a part of these job classifications. And while she has to recognize that she was part of the job classifications, she has to recognize that she was so critical of them. Because she's mitigating the consequences of that. And as we go along, I'm not going to name all of these individuals. And that's true. Because she had so much pressure as to do she still went along. And most of these times, it was not selfless divorce. Because of her prejudice against self-divorce. And she's actually trying to isolate it. And as we see in this document, it's not just self-divorce against self-divorce. Yes. Yes. Yes. Okay. Yeah, there was no direct evidence. But there was certain stage f guidelines. When you look at the way Ms. Holloway specifically treats Mr. Schwartz as opposed to the other employees in her department, it was interesting that she described herself as a hands-on, very interactive boss. You have to, you know, daily and minimal weekly interaction with her employees, yet when asked about her interactions with Ms. Schwartz, she specifically admitted that she very rarely ever made contact with them, and only when it was a mandatory meeting. Now, when you are specifically treating one specific employee differently and then you are specifically isolating that employee and targeting them for let-off, yes, I think that there's evidence that you are discriminating against them. Now, the question is, was Ms. Schwartz discriminating against Ms. Holloway because she didn't use those rights? Well, John, there is no definite race discrimination. We did not really find the race discrimination, just because when you're comparing races, there were other white males, and they were not treated differently. So I don't think that is, you know, the consensus, were historically he was the only disabled person to care, and his cerebral palsy is very obviously disabled. The other issue was his age. Now, is there a possibility that there are folks in Tennessee that he did it just because of his personality complex, or he didn't want to, or is that the case? He's deprived of his property interest, and he is violating the process of employing this, and in doing so violated 1983, which was our third point, and we do have alternative causes of accidents. He's, you know, sort of admitting why he didn't like Ms. Schwartz and why she targeted him. You have to clear yourself of that. It's a story. But why? Oh, she didn't hit him. I don't know. I don't know. I don't know. So, John, do you think that there is a community like the one I'm talking about in Congress that's deprived of their property rights? Yes. Deprived of only a useful position. It is specific towards someone who's deprived them of their property interest and their job. Public employees are not allowed to have a property interest and their job. And we've sort of emptied the process through them anyway, and they're just being violated by the community. I'd like to take a few questions. It is the court that would like to conclude on behalf of the public court. Resolving the claims on plaintiff's defense would require a jury to use speculation and constitutional evaluations. Mitch Holloway, the defendant, the business license department head, precipitation, whether a little or a lot, in the matching panelist study, which was an instituted HR, human resources department, department of business licensing, and then you have a study to start to enforce that the layoffs or the layoffs coming, those two more statements that we did include are definitely in violation of statutory property rights. And they also are contrary to statutory heritage. And, so you're 100% right. You have all of that certificate, but you still don't look like you mean everything to me. I mean, we do that to the viewer, but you still don't understand everything that you're trying to dethrone a subject of heritage. And, so, basically, the literature that you've been referred upon, who was the original author, who was the original author of the subject, who was the original author of the book, who was the original author of the book, and various different sets of students, students, students, students, who were the authors of the book, but she, every class, every teacher, who was the author of the book, they were all fanatics of the substance. The gist of the theory, the intellect of the students consultant, were my father, Mr. Jones, the one that native used to help with educations in Southern California, said there used to be literacy assistants everybody, a lot of literacy assistants, and they were all living just in the street, working in the street,  so he had a lot going for him. One of the students, in my understanding, was a college returning student, so I understand that you're going to have to consider that he was going to be part of the whole initiative, as well as the program, because that doesn't make any decisions, which needs to be made by whoever, but I think that the thing to see it as  so that is HR, who is the face of the community, of course, has the capacity to be mischievous, and or provide instability when she's mischievous, and I'm not sure how, I'm sure I can find that they're all the way, but she was the one who actually provided the end result. One of the issues that I think that he has, if you look at his past, is that he had, his peers, and his teachers, and his parents, so several teachers, again, teachers, was very important, and because she was so sensitive, and very intimate, she was able to manipulate him, otherwise, he would do a serious buyout, but she manipulated him to get rid of one person. She wanted to get rid of him quick, because of his seniority, and because of the protections that the unions are too able for a student, so the only way she could get rid of Mr. Schwartz was by getting everybody else to just turn over and tell him that he's also Mr. Schwartz, and then leaving him as his sole person that's part of the issue, or considers for that, everything that's part of his structure, standing alone, and I think, in fact, right now, I think she's going to be such a huge supervisor, and in fact, you know, every single other classifications, you know, that she's doing something, and I think there's enough depth, maybe, in the end, it could actually find that this is a different layout, but do you think there's enough depth, based on what's in the records, to find some rejections? Well, my response to that would be that I don't think that the jury has determined that when the mass speculative study was commenced in August of 2008, that the part of it all the way was to have clairvoyance, to understand that she was going to be directly separated in 2010, six months later, and she was in college. They were in 2008. I don't remember when it was in 2008, but it was in 2009. That's correct, and that's what I'm saying, and there's a significant issue that people were talking about, that we're going to have to be clairvoyant, and how the reject had been determined that she finished in February because of college, and they were in the department, and that's what Mr. Schwartz, who was totally in the same area, that was clairvoyant, because otherwise they couldn't get there. My response to that would be that, again, the jury were persuaded that Director Holloway had a significant involvement in the research, in the study, wanted to get rid of and change certain employees' skills, and wanted to stay in their positions, which I believe that there's no need for that, but the jury were told that there is no evidence to the record of competency because that her manipulation is premature, and anything to do with Mr. Schwartz's age or disability and those also being required was specific for the element as regards to the ADA disability discrimination complaint. The final form to that procedural complaint said that the important action that came through was because Mr. Schwartz was saying there is nothing in the record about him as regards to the ADA disability discrimination complaint, so he was required to be transferred. Okay, so, I'm assuming you're a therapy student, right? I was being a therapy student at the time, and I was not being a therapist at the time, for certain reasons, so I'm not sure that there's any data on Mr. Schwartz being hired  spot at Mrs. Schwartz's feet or somewhere near Mrs. Schwartz's feet. That is in the record somewhere, and then probably when she came there's evidence that she had already had a  with Mr. Schwartz before him, so temporarily with his two request assignments on Mr. Schwartz's feet and his office was completely isolated from the rest of the community that kind of was there. He was in a small studio where he was with everybody else, and so I was there involved in the write-up decisions, which didn't understand what Schwartz did in the office, and I think that
judges: Wardlaw, Paez, Bea